COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name:     Maxine Adams and Cecil Adams v. Rebecca Ross

Appellate case number:   01-11-00552-CV

Trial court case number:  2010-12207

Trial court:             269th District Court of Harris County

Date motion filed:      August 19, 2013

Party filing motion:    Appellants


It is ordered that all relief requested in appellants' "Motion for Reconsideration for Order of Dimissal [sic] and Judgement [sic] for Costs Motion [sic] for New Trial on All Issues on AppealMotion [sic] to Vacate Void Judgment and Motion for a New Trial" is **denied**.


Judge's signature: /s/ Harvey Brown
               Acting for the Court

Panel consists of: Justices Jennings, Brown, and Huddle


Date: August 28, 2013